IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ENTERPRISE HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-cv-3646 |
| | ) | |
| OMID SHAHIDPOUR d/b/a | ) | |
| O ENTERPRISE SALES AND LEASE | ) | |
| INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Enterprise Holdings, Inc. ("Enterprise" or "Plaintiff") hereby brings this action for trademark infringement and unfair competition under federal and state laws.

## PARTIES

1. Enterprise is a Missouri corporation with a principal place of business of 600 Corporate Park Drive, St. Louis, Missouri 63105.

2. Upon information and belief, Defendant Omid Shahidpour does business as a sole proprietor under the name "O ENTERPRISE SALES AND LEASE INC." Upon information and belief, Defendant's principal place of business is 7308 Ridgeway Avenue, Skokie, IL 60076.

## JURISDICTION AND VENUE

3. Subject matter jurisdiction exists pursuant to 28 U.S.C. §§ 1331, 1338(a), (b) and 15 U.S.C. § 1121(a). Supplemental jurisdiction exists over Enterprise's remaining state law claim under 28 U.S.C. § 1367(a) because the claims are so related that they form part of the same case or controversy.

4. This Court has personal jurisdiction over Defendant because, on information and belief, he does business in and/or resides in the State of Illinois.

5. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391. Upon information and belief, Defendant resides and conducts business in this judicial district and is subject to personal jurisdiction here. Further, a substantial part of the events giving rise to Enterprise's claims occurred within this judicial district.

## FACTS COMMON TO ALL COUNTS

A.  **Enterprise's Marks**

6. Enterprise is the largest vehicle rental company in the United States and is widely recognized as an industry leader in the vehicle rental sector. Enterprise is also well-known for its other mobility-related goods and services, including vehicle sales, vehicle fleet management, and other goods and services.

7. For decades, Enterprise has continuously provided its goods and services in U.S. commerce, through licensed subsidiaries and affiliates, under the mark ENTERPRISE and other ENTERPRISE-formative marks, and further under the mark ![logo] and variants thereof (collectively referred to herein as the "ENTERPRISE Marks").

8. The Enterprise subsidiaries and affiliates have sold billions of dollars of goods and services under the ENTERPRISE Marks throughout the United States. Further, Enterprise has expended considerable resources in marketing and promoting its ENTERPRISE Marks nationally through virtually every available type of media, including magazines, newspapers, radio, television, movies, the Internet, store displays, billboards and signs.

9. As a result of these extensive sales, and Enterprise's use and promotion of the ENTERPRISE Marks throughout the United State for decades, and the resulting commercial success and consumer recognition in the marketplace, Enterprise has developed substantial goodwill and common law rights in the ENTERPRISE Marks. Enterprise's ENTERPRISE Marks identify and distinguish its goods and services from the goods and services of others, and identify the source and origin of Enterprise's goods and services to the trade and public. The ENTERPRISE Marks are strong, well-known and famous.

10. In addition to its common law rights in the ENTERPRISE Marks, Enterprise owns several U.S. registrations for the marks, including the following:

| Mark/AN/RN | Goods/Services |
| --- | --- |
| **ENTERPRISE**<br><br>RN: 1343167<br>SN: 73346546 | (Int'l Class: 35)<br>Automotive Fleet Management Services<br>(Int'l Class: 37)<br>Automotive Repair Services<br>(Int'l Class: 39)<br>Short-Term Rental and Leasing of Automobiles and Trucks<br>(Int'l Class: 42)<br>Automotive Dealership Services |
| **ENTERPRISE CAR SALES**<br><br>RN: 6384199<br>SN: 90022901 | (Int'l Class: 35)<br>vehicle dealership services, namely, dealerships in the field of automobiles, trucks, cars and other land vehicles |
| **ENTERPRISE FLEET MANAGEMENT**<br><br>RN: 4244663<br>SN: 85478612 | (Int'l Class: 35)<br>vehicle fleet management services, namely, tracking and monitoring vehicles for commercial purposes, and business consultation services relating to the management of a fleet of vehicles for commercial purposes<br>(Int'l Class: 36)<br>vehicle fleet management services, namely, facilitating and arranging for financing, and insurance agency services in the fields of liability, collision, and comprehensive insurance, of vehicles for others |

| Mark/AN/RN | Goods/Services |
|---|---|
| **ENTERPRISE RENT-A-CAR**<br><br>RN: 2371192<br>SN: 75804058 | (Int'l Class: 39)<br>vehicle rental and leasing services, and reservation services for the rental and leasing of vehicles |
| **ENTERPRISE.COM**<br><br>RN: 2458529<br>SN: 75817436 | (Int'l Class: 39)<br>vehicle rental and leasing services, and reservation services for the rental and leasing of vehicles |
| enterprise<br>RN: 4367578<br>SN: 85770529 | (Int'l Class: 12)<br>vehicles, namely, automobiles, trucks, cars, land vehicles<br>(Int'l Class: 35)<br>vehicle dealership services, namely, dealerships in the field of automobiles, trucks, cars, land vehicles; vehicle fleet management services, namely, tracking and monitoring vehicles for commercial purposes, and business consultation services relating to the management of a fleet of vehicles for commercial purposes<br>(Int'l Class: 37)<br>vehicle repair services; vehicle fleet management services, namely, vehicle repair and maintenance<br>(Int'l Class: 39)<br>vehicle rental and leasing services; and reservation services for the rental and leasing of vehicles, namely, rental reservations for automobiles, trucks, cars, land vehicles |
| enterprise<br>RN: 5079069<br>SN: 86698569 | (Int'l Class: 35)<br>Dealership services in the field of used cars through listings of selected cars made available to loan institutions for purchase by their customers<br>(Int'l Class: 36)<br>Financing of vehicles, namely, financing loans for consumers and businesses for vehicle purchase |
| enterprise<br>RN: 3581022<br>SN: 77070178 | (Int'l Class: 35)<br>vehicle dealership services, namely, dealerships in the field of automobiles, trucks, cars, land vehicles; vehicle fleet management services, namely, tracking and monitoring vehicles for commercial purposes, and business consultation services relating to the management of a fleet of vehicles for commercial purposes<br>(Int'l Class: 37)<br>[ vehicle repair services; vehicle fleet management services, namely, vehicle repair and maintenance ]<br>(Int'l Class: 39)<br>vehicle rental and leasing services; and reservation services for the rental |

| Mark/AN/RN | Goods/Services |
|---|---|
| | and leasing of vehicles, namely, rental reservations for automobiles, trucks, cars, land vehicles |
| enterprise<br>RN: 3747138<br>SN: 77070181 | (Int'l Class: 35)<br>vehicle dealership services, namely, dealerships in the field of automobiles, trucks, cars, land vehicles; vehicle fleet management services, namely, tracking and monitoring vehicles for commercial purposes, and business consultation services relating to the management of a fleet of vehicles for commercial purposes<br>(Int'l Class: 39)<br>vehicle rental and leasing services; and reservation services for the rental and leasing of vehicles, namely, rental reservations for automobiles, trucks, cars, land vehicles |
| enterprise<br>RN: 3490649<br>SN: 78958771 | (Int'l Class: 12)<br>vehicles, namely, automobiles, trucks, cars, land vehicles<br>(Int'l Class: 35)<br>vehicle dealership services, namely, dealerships in the field of automobiles, trucks, cars, land vehicles; vehicle fleet management services, namely, tracking and monitoring vehicles for commercial purposes, and business consultation services relating to the management of a fleet of vehicles for commercial purposes<br>(Int'l Class: 37)<br>vehicle repair services; vehicle fleet management services, namely, vehicle repair and maintenance<br>(Int'l Class: 39)<br>vehicle rental and leasing services; and reservation services for the rental and leasing of vehicles, namely, rental reservations for automobiles, trucks, cars, land vehicles |
| enterprise car sales<br>RN: 4061596<br>SN: 85261184 | (Int'l Class: 35)<br>vehicle dealership services |
| enterprise car sales<br>RN: 4064802<br>SN: 85261189 | (Int'l Class: 35)<br>vehicle dealership services |

| Mark/AN/RN | Goods/Services |
|---|---|
| enterprise fleet management<br><br>RN: 4248962<br>SN: 85478617 | (Int'l Class: 35)<br>vehicle fleet management services, namely, tracking and monitoring vehicles for commercial purposes, and business consultation services relating to the management of a fleet of vehicles for commercial purposes<br>(Int'l Class: 36)<br>vehicle fleet management services, namely, facilitating and arranging for financing, and insurance agency services in the fields of liability, collision, and comprehensive insurance, of vehicles for others |
| enterprise rent-a-car<br><br>RN: 4367669<br>SN: 85773651 | (Int'l Class: 39)<br>vehicle rental and leasing services; and reservation services for the rental and leasing of vehicles, namely, rental reservations for automobiles, trucks, cars, land vehicles |
| enterprise rent-a-car<br><br>RN: 3548422<br>SN: 78958779 | (Int'l Class: 39)<br>Vehicle rental and leasing services; and reservation services for the rental and leasing of vehicles, namely, rental reservations for automobiles, trucks, cars, land vehicles |
| enterprise rent-a-car<br><br>RN: 3547336<br>SN: 77055263 | (Int'l Class: 39)<br>vehicle rental and leasing services; and reservation services for the rental and leasing of vehicles, namely, rental reservations for automobiles, trucks, cars, land vehicles |
| enterprise truck rental<br><br>RN: 4970112<br>SN: 86563842 | (Int'l Class: 35)<br>vehicle dealership services, namely, dealerships in the field of automobiles, trucks, cars, land vehicles; vehicle fleet business management services related to tracking and monitoring vehicles for commercial purposes, and business consultation services relating to the management of a fleet of vehicles for commercial purposes<br>(Int'l Class: 36)<br>vehicle fleet management services, namely, facilitating and arranging for financing, and insurance agency services in the fields of liability, collision, and comprehensive insurance, of vehicles for others<br>(Int'l Class: 37)<br>vehicle repair services, namely, vehicle repair and maintenance<br>(Int'l Class: 39)<br>rental and leasing of vehicles and reservation services for the rental and leasing of vehicles |

| Mark/AN/RN | Goods/Services |
|---|---|
| RN: 3503173<br>SN: 78958766 | (Int'l Class: 12)<br>vehicles, namely, automobiles, trucks, cars, land vehicles<br>(Int'l Class: 35)<br>vehicle dealership services, namely, dealerships in the field of automobiles, trucks, cars, land vehicles; vehicle fleet management services, namely, tracking and monitoring vehicles for commercial purposes, and business consultation services relating to the management of a fleet of vehicles for commercial purposes<br>(Int'l Class: 36)<br>vehicle fleet management services, namely, facilitating and arranging for financing, and insurance agency services in the fields of liability, collision, and comprehensive insurance of vehicles for others<br>(Int'l Class: 37)<br>vehicle repair services; vehicle fleet management services, namely, vehicle repair and maintenance<br>(Int'l Class: 39)<br>vehicle rental and leasing services; and reservation services for the rental and leasing of vehicles, namely, rental reservations for automobiles, trucks, cars, land vehicles |
| RN: 4054940<br>SN: 85125611 | (Int'l Class: 12)<br>vehicles, namely, automobiles, trucks, cars, land vehicles<br>(Int'l Class: 35)<br>vehicle dealership services, namely, dealerships in the field of automobiles, trucks, cars, land vehicles; vehicle fleet management services, namely, tracking and monitoring vehicles for commercial purposes, and business consultation services relating to the management of a fleet of vehicles for commercial purposes<br>(Int'l Class: 36)<br>vehicle fleet management services, namely, facilitating and arranging for financing, and insurance agency services in the fields of liability, collision, and comprehensive insurance, of vehicles for others<br>(Int'l Class: 37)<br>vehicle repair services; vehicle fleet management services, namely, vehicle repair and maintenance<br>(Int'l Class: 39)<br>vehicle rental and leasing services; and reservation services for the rental and leasing of vehicles, namely, rental reservations for automobiles, trucks, cars, land vehicles |
| RN: 4054938 | (Int'l Class: 12)<br>vehicles, namely, automobiles, trucks, cars, land vehicles<br>(Int'l Class: 35)<br>vehicle dealership services, namely, dealerships in the field of automobiles, trucks, cars, land vehicles; vehicle fleet management |

| Mark/AN/RN | Goods/Services |
|---|---|
| SN: 85125599 | services, namely, tracking and monitoring vehicles for commercial purposes, and business consultation services relating to the management of a fleet of vehicles for commercial purposes (Int'l Class: 36) vehicle fleet management services, namely, facilitating and arranging for financing, and insurance agency services in the fields of liability, collision, and comprehensive insurance, of vehicles for others (Int'l Class: 37) vehicle repair services; vehicle fleet management services, namely, vehicle repair and maintenance (Int'l Class: 39) vehicle rental and leasing services; and reservation services for the rental and leasing of vehicles, namely, rental reservations for automobiles, trucks, cars, land vehicles |

11. These registrations are valid and subsisting, and several are incontestable pursuant to 15 U.S.C. § 1065. Copies of the registration certificates are attached to this Complaint as Exhibit A.

**B.     Defendant's Infringing Activities**

12. As noted above, Enterprise's services, also performed through its network of subsidiaries and affiliates and provided under the ENTERPRISE Marks, include vehicle sales. Enterprise has been providing vehicle sales services under its ENTERPRISE Marks for nearly sixty years. Enterprise currently has over 150 vehicle sales locations throughout the U.S., including in the State of Illinois and the Chicago area.

13. Upon information and belief, on or about January 18, 2018, Mr. Omid Shahidpour filed Articles of Incorporation with the Office of the Illinois Secretary of State for the corporation "O Enterprise Sales & Lease Inc."

14. According to the online records of the Office of the Illinois Secretary of State, "O Enterprise Sales & Lease Inc." was involuntary dissolved on June 10, 2022. Nevertheless, Mr.

Shahidpour continues to do business as a sole proprietor under the name and mark "O Enterprise Sales & Lease Inc." Upon information and belief, Defendant is engaged in the retail sale of vehicles.

15. Upon information and belief, long after Enterprise established its rights in the Enterprise Marks, Defendant, without Enterprise's consent or authorization, began using and intends to continue using the confusingly similar designation O ENTERPRISE SALES AND LEASE INC. as trademark(s) and/or trade name(s) in interstate commerce in connection with competing vehicle sales services. Moreover, Defendant is using the design mark shown in the below photograph – which is a blatant knock-off of Enterprise's mark  – in connection with his competing vehicle sales business:



Defendant's use of infringing ENTERPRISE-formative marks, including but not limited to the uses identified above, are collectively referred to as the "Infringing Marks."

16. In or around early March 2023, Enterprise discovered Defendant's use of the Infringing Marks. On March 6, 2022, Enterprise sent a letter to Defendant notifying Defendant of Enterprise's trademark rights and demanding that Defendant cease all use of the Infringing Marks. A copy of the letter is attached as Exhibit B.

17. Upon information and belief, Defendant continues to use the Infringing Marks in connection with competing vehicle sales services, despite notice and awareness of the Enterprise Marks and Defendant's infringement of the marks.

## COUNT I
## TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114

18. Enterprise incorporates by reference the above allegations.

19. Enterprise owns valid U.S. trademark registrations for the Enterprise Marks, as identified in paragraph 10 above.

20. Defendant's use of the Infringing Marks in commerce in connection with the sale, offering for sale, distribution and advertising of related, identical, and/or competing services is likely to cause confusion, or to cause mistake, or to deceive in violation of 15 U.S.C. § 1114.

21. Upon information and belief, Defendant's trademark infringement was and is intentional and willful.

22. Defendant's use of the Infringing Marks has caused and continues to cause damage and irreparable harm to Enterprise, for which Enterprise has no adequate remedy at law.

## COUNT II
## TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION UNDER 15 U.S.C. § 1125(a)

23. Enterprise incorporates by reference the above allegations.

24. Defendant's use of the Infringing Marks in commerce in connection with related, identical, and/or competing services is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Enterprise, or as to the origin, sponsorship, or approval of Defendant's services or commercial activities by Enterprise, in violation of 15 U.S.C. § 1125(a).

25. Upon information and belief, Defendant's trademark infringement and unfair competition was and is intentional and willful.

26. Defendant's use of the Infringing Marks has caused and continues to cause damage and irreparable harm to Enterprise, for which Enterprise has no adequate remedy at law.

## COUNT III
## COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

27. Enterprise incorporates by reference the above allegations.

28. Defendant's acts complained of herein constitute common law trademark infringement and unfair competition in violation of the laws of the State of Illinois and other states.

29. Upon information and belief, Defendant's trademark infringement and unfair competition was and is intentional and willful.

30. Defendant's conduct has caused and will continue to cause damage and irreparable harm to Enterprise, for which Enterprise has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Enterprise prays for judgment against Defendant as follows:

1. Awarding damages to adequately compensate Enterprise for Defendant's trademark infringement and unfair competition.

2. Permanently Enjoining Defendant, his officers, agents, servants, employees, attorneys and all persons in active concert or participation with Defendant, from doing, aiding, causing or abetting all acts of trademark infringement and unfair competition pursuant to 15 U.S.C. § 1116, Fed. R. Civ. P. 65 and other applicable law.

3. Directing Defendant to change his trade name to a name that does not comprise "Enterprise" or any of the Enterprise Marks.

4. Directing Defendant to deliver up for destruction all goods, advertising, business cards, literature, and other forms of promotional literature or things bearing or showing the Infringing Marks pursuant to 15 U.S.C. § 1118.

5. Awarding Defendant's profits, any damages sustained by Plaintiff, and the costs of the action pursuant to 15 U.S.C. § 1117(a).

6. Awarding Plaintiff a sum above the amount found as actual damages, not exceeding three times such amount pursuant to 15 U.S.C. § 1117(a).

7. Awarding Plaintiff a sum the Court finds is just in the event it finds that the amount of recovery based on profits is inadequate pursuant to 15 U.S.C. § 1117(a).

8. A finding that this is an exceptional case justifying the award of reasonable attorney fees to Plaintiff pursuant to 15 U.S.C. § 1117(a).

9. Awarding punitive damages.

10. Awarding pre-judgment and post-judgment interest.

11. Requiring Defendant to report to this Court of his compliance with the foregoing within thirty days of judgment.

12. Awarding Plaintiff such other and further relief as this Court deems just and proper.

## **JURY TRIAL DEMANDED**

Pursuant to Fed. R. Civ. P. 38, Plaintiff hereby demands a jury on all issues so triable

| | |
|---|---|
| Dated: June 9, 2023 | Respectfully submitted,<br><br>*By: /s/ Sartouk H. Moussavi*<br>Sartouk H. Moussavi, IL 6313554<br>THOMPSON COBURN LLP<br>55 East Monroe Street, 37th Floor<br>Chicago, IL 60603<br>P: (312) 346-7500; F: (312) 580-2201<br>smoussavi@thompsoncoburn.com<br><br>*Attorney For Plaintiff Enterprise Holdings, Inc.* |