# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ENTERPRISE HOLDINGS, INC.

V.

OMID SHAHIDPOUR D/B/A O ENTERPRISE SALES AND LEASE INC.

CASE NUMBER: 23-cv-3646

ASSIGNED JUDGE: Honorable Charles P. Kocoras

DESIGNATED MAGISTRATE JUDGE: Honorable Gabriel A. Fuentes

TO: (Name and address of Defendant)

Omid Shahidpour
d/b/a O Enterprise Sales and Lease, Inc.
7308 Ridgeway Avenue
Skokie, IL 60076

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sartouk H. Moussavi, IL 6313554
Sartouk H. Moussavi
THOMPSON COBURN LLP
55 East Monroe Street, 37th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



June 9, 2023

DATE

# Affidavit of Process Server
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

(NAME OF COURT)

Enterprise Holdings, Inc. VS OMID SHAHIDPOUR D/B/A O ENTERPRISE SALES AND LEASE INC — 23-CV-3646

PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE NUMBER

I, **KERRY POLIZZI**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served OMID SHAHIDPOUR d/b/a O ENTERPRISE SALES AND LEASE INC.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS, COMPLAINT, AND NOTICE

by leaving with HOSHANG SHAHIDPOUR — FATHER
NAME — RELATIONSHIP

At
☒ Residence 5115 JEROME AVENUE — SKOKIE, ILLINOIS 60077
ADDRESS — CITY / STATE

☐ Business
ADDRESS — CITY / STATE

On 6/9/2023 AT 2:20 P.M.
DATE — TIME

☒ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on 6/10/2023

from ELMHURST ILLINOIS 60126
CITY STATE ZIP — DATE

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☒ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 13 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☒ Other Person receiving documents confirms his occupancy and defendant's occupancy.

**Service Attempts:** Service was attempted on: (1) ___ DATE TIME (2) ___ DATE TIME
(3) ___ DATE TIME (4) ___ DATE TIME (5) ___ DATE TIME

**Description:** Age 75  Sex M  Race M/E  Height 5'9"  Weight 170  Hair Gray  Beard ___  Glasses Yes

Kerry Polizzi #0129239309
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 10 day of June, 2023 by Kerry Polizzi
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

OFFICIAL SEAL
JEAN POLIZZI
Notary Public, State of Illinois
Commission No. 748084
My Commission Expires
May 12, 2027

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of Illinois



FORM 2 — NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS